CHRISTOPHER J. DUNN, Commissioner of Public Welfare of the City of New York, on Complaint of TILLIE SEMELMACHER, Respondent, v. Dr. DAVID W. GILBERT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

JOSEPHINE WARNER, Respondent, v. HENRY S. WARNER and ADA M. MANNING, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.; Sherman, J., dissents.

JOSEPH LATINI, Appellant, Respondent, v. LOUIS ZAVODNICK, Respondent, and REGULUS REALTY Co., INC., Appellant.— Judgment affirmed, with costs to the plaintiff against the defendant Regulus Realty Co., Inc. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

KATHARINE L. SPAETH, Respondent, v. THE PENNSYLVANIA RAILROAD COMPANY and THE PULLMAN COMPANY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and Martin, JJ.

JOHANNA KAINZ, Respondent, v. JOSEPH GOLDSMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

FREDERICK H. DENMAN and Others, Appellants, v. HARRY H. STOCKFELD, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that only conclusions and not ultimate facts are alleged, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of costs to date, including costs of this appeal. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

ANNA DITTO, Respondent, v. MARVIN DITTO, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

HARRY BLACK, Respondent, v. ISIDORE GOLDSTEIN and ETHEL GOLDSTEIN, Appellants, Impleaded with Another, Defendant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

SVEA P. DANZILO, Appellant, v. ACIERNO AMUSEMENT CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The court should enter a proper form of judgment as provided by the rules, directing foreclosure and sale of the property by a referee. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

SYLVIA ROOSEVELT, Respondent, v. GEORGE ROOSEVELT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.